UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY LOVE, | ) |
| | ) Case No. 16-cv-5241 |
| Plaintiffs, | ) |
| | ) |
| v. | ) Judge Leinenweber |
| | ) |
| P.O. RILEY #10298, P.O. RENAULT #19250, P.O. PHILBEN #17560, P.O COOPER #14217, and THE CITY OF CHICAGO, a municipal corporation, | ) Magistrate Judge Schenkier ) ) ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF AGREED HIPAA PROTECTIVE ORDER

Defendants City of Chicago ("the City"), by its attorney, Edward N. Siskel, Corporation Counsel of the City of Chicago, and Officers J'Mal Riley, Phillip Renault, Timothy Philbin, and Gary Cooper (collectively, "Defendants"), by and through one of their attorneys, Maxwell Evan Lisy, Assistant Corporation Counsel, respectfully move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c) and 45 C.F.R. §§ 160 and 164, for entry of the attached "Agreed Qualified HIPAA Protective Order."

In support thereof, the Parties state as follows:

1. The parties anticipate that documents pertaining to the parties and non-parties may be sought and produced in this matter. The parties anticipate production in this litigation of medical information covered by the Health Insurance Portability and Accountability Act.

2. Medical information is protected by the Health Insurance Portability and Accountability Act of 1996, codified primarily at 18, 26 and 42 U.S.C. (2002). The "Privacy Standards" for such information is found at 45 C.F.R. §§ 160 and 164 (2000).

1

3. The Defendants' proposed "Agreed Qualified HIPAA Protective Order," attached hereto as Exhibit A, facilitates production of such materials for this case while prohibiting use of medical information covered by the Health Insurance Portability and Accountability Act for any purpose other than litigation of this case, prohibits their dissemination to parties outside this litigation, and requires their destruction at the end of this litigation. Such an order would ensure the protection of such information, consistent with the principles of federal and Illinois law.

4. The Defendants do not object to the disclosure of relevant production to other respective parties in accordance with the Federal Rules of Civil Procedure, but only seek to limit the use of the production to this litigation and protect confidential information from dissemination to third parties.

5. Counsel for Defendants sought and received agreement from Plaintiff to this motion and to the corresponding Agreed Qualified HIPAA Protective Order from Plaintiff's counsel.

**WHEREFORE,** Defendants request that this Court enter the attached "Agreed Qualified HIPAA Protective Order" in this matter.

Respectfully submitted,

EDWARD N. SISKEL
Corporation Counsel

By: /s/ Maxwell Evan Lisy
Maxwell Evan Lisy
Assistant Corporation Counsel
City of Chicago Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0305
Attorney No. 6321014
maxwell.lisy@cityofchicago.org